# Memorandum



| Subject | Date |
|---|---|
| **Writ of Habeas Corpus** *United States v. Kenneth P. Hoover* Case No. **7:24-CR-00118-LSC-NAD** | April 2, 2024 |

| To | From |
|---|---|
| Clerk of the Court Northern District of Alabama | */s/ Daniel S. McBrayer* DANIEL S. MCBRAYER Assistant United States Attorney |

Please cause a Writ of Habeas Corpus *Ad Prosequendum* to be issued to the Tuscaloosa County Jail, 1600 26th Avenue, Tuscaloosa, Alabama 35401, for **Kenneth P. Hoover** to appear before this Court in the above-referenced case for Arraignment on Thursday, April 11, 2024, at 9:30 a.m., in the Hugo Black US Courthouse before United States Magistrate Judge Nicholas A. Danella.

cc: USMS